UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
|     Plaintiff, | CR 05-00375 |
|   v. | STIPULATION AND ORDER FOR MODIFICATION OF PRETRIAL RELEASE CONDITIONS |
| DARRICK CURTISS HOM, | |
|     Defendant. | |

THE PARTIES HEREBY STIPULATE AND AGREE that the pretrial release conditions of Darrick Hom shall be modified to terminate his home detention and electronic monitoring. All other conditions shall remain the same. Pretrial Services Officer Richard Sarlatte has no objection to this modification.

Dated: February 2, 2006

/s/ ANDREW SCOBLE  
ANDREW SCOBLE  
Assistant U.S. Attorney

/s/ NEDRA RUÍZ  
NEDRA RUÍZ  
Attorney for Defendant HOM

**IT IS SO ORDERED.**

Dated:

_____  
Judge  
United States District Court

*IT IS SO ORDERED*  
Judge Susan Illston

**PIER 5 LAW OFFICES**  
506 BROADWAY  
SAN FRANCISCO  
(415) 986-5591  
FAX: (415) 421-1331