1

2

3

4              UNITED STATES DISTRICT COURT

5             NORTHERN DISTRICT OF CALIFORNIA

6

7   UNITED STATES OF AMERICA,

8           Plaintiff,                    CR 05-00375

9       v.                               STIPULATION AND ORDER FOR
                                         MODIFICATION OF PRETRIAL
10  DARRICK CURTISS HOM,                 RELEASE CONDITIONS

11          Defendant.
    _____/

12

13          THE PARTIES HEREBY STIPULATE AND AGREE that the

14  pretrial release conditions of Darrick Hom shall be modified to

15  terminate his home detention and electronic monitoring.  All

16  other conditions shall remain the same.  Pretrial Services

17  Officer Richard Sarlatte has no objection to this modification.

18      Dated:  February 2, 2006

19

20    /s/ ANDREW SCOBLE                   /s/ NEDRA RUÍZ
    ANDREW SCOBLE                        NEDRA RUÍZ
21  Assistant U.S. Attorney              Attorney for Defendant HOM

22

23      **IT IS SO ORDERED.**

24      Dated:

25

26                                                              Court

27

28

PIER 5 LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
FAX: (415) 421-1331