UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CR 05-00375 SI |
| v. | |
| DARRICK HOM, | STIPULATION AND ORDER ALLOWING TRAVEL OUTSIDE THE NORTHERN DISTRICT |
| Defendant. | |

THE PARTIES HEREBY STIPULATE AND AGREE that defendant DARRICK HOM may travel to Anaheim, California, from December 30, 2006 to January 2, 2007 on a vacation to Disneyland. Defendant will provide Pretrial Services with his itinerary and a telephone number where he can be reached.

Pretrial Services has no objection to this request.

Dated: December 21, 2006

/s/ANDREW SCOBLE
ANDREW SCOBLE
Assistant U.S. Attorney

/s/NEDRA RUIZ
NEDRA RUIZ
Attorney for Defendant

**IT IS SO ORDERED.**

Dated: 12/28/06

~~SUSAN ILLSTON~~, Judge Marilyn Hall Patel
United States District Court