UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CR 05-00375 SI |
| v. | STIPULATION AND ORDER ALLOWING TRAVEL OUTSIDE THE NORTHERN DISTRICT |
| DARRICK HOM, | |
| Defendant. | |

THE PARTIES HEREBY STIPULATE AND AGREE that defendant DARRICK HOM may travel to Las Vegas, Nevada on May 4, 2007 to May 7, 2007 to attend a family nuptial event. The parties agree and stipulate that the defendant will stay at the Bellagio Hotel in Las Vegas, Nevada until May 7, 2007, when he will return to the Northern District of California. Upon his return to the Northern District, the defendant will notify Pre-trial Services officer Anthony Granados.

Pretrial Services Officer Mr. Anthony Granados has no objection to this request.

Dated: May 2, 2007

/s/ANDREW SCOBLE              /s/NEDRA RUIZ
ANDREW SCOBLE                 NEDRA RUIZ
Assistant U.S. Attorney       Attorney for Defendant

**IT IS SO ORDERED.**

Dated:

SUSAN ILLSTON, Judge
United States District Court

LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331