UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                CR 05-375 SI

  v.                           STIPULATION AND ORDER
                               ALLOWING TRAVEL OUTSIDE
DARRICK HOM,                 THE NORTHERN DISTRICT

    Defendant.
_____/

    THE PARTIES HEREBY STIPULATE AND AGREE that defendant DARRICK HOM may travel to Costa Mesa, California, on December 30, 2007, returning January 1, 2008, to attend a holiday party. Upon his return to the Northern District, the defendant will notify Pretrial Services. Pretrial Services has approved Mr. Hom's travel plans. The defendant will be staying at the Marriott Costa Mesa Hotel, located at 500 Anton Blvd., Costa Mesa, California 92626. Mr. Hom has supplied Pretrial Services with his complete itinerary and a telephone number where he can be reached at the hotel.

    Dated: December 21, 2007

/s/ANDREW SCOBLE                    /s/NEDRA RUIZ
ANDREW SCOBLE                      NEDRA RUIZ
Assistant U.S. Attorney         Attorney for Defendant

**IT IS SO ORDERED.**

Dated: 12/27/07                    s/Wm. Alsup for

                                          SUSAN ILLSTON, Judge
                                          United States District Court

**LAW OFFICES**
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331