ROMMEL BONDOC, SBN 35407
Attorney at Law
819 Eddy Street
San Francisco, California 94109
Telephone: (415) 771-6174
Facsimile: (415) 474-3748

Attorney for Defendant
DARRICK CURTISS HOM

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

--o0o--

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DARRICK CURTISS HOM,

    Defendant.
_____/

NO. CR-05-0375-SI

**PROPOSED / ORDER
EXONERATING BAIL**

GOOD CAUSE SHOWN, based on the fact that on November 18, 2008, Defendant DARRICK HOM was remanded to the custody of the United States Marshal Service, IT IS HEREBY ORDERED that the bail posted as security for defendant Hom's release in No. CR 05-0375-SI be exonerated and that the property located at 145 Putnam Street, San Francisco, California 94110 be reconveyed to its owners.

DATED: November ____, 2008.

_____
Susan Illston
United States District Court Judge

I agree to this proposed order.

DATED: November 24, 2008.

    /s/
_____
Nicole M. Kim
Assistant United States Attorney

ORDER EXONERATING BAIL