1  JOSEPH P. RUSSONIELLO  (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  NICOLE KIM  (NYBN 4435806)
   Assistant United States Attorney
5
       450 Golden Gate Ave.
6      San Francisco, California  94102
       Telephone:  (415) 436-6401
7      Fax:  (415) 436-6982
       E-Mail:    nicole.kim@usdoj.gov
8

9  Attorneys for the United States of America

10

11

12                      UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14                       SAN FRANCISCO DIVISION

15

16
   UNITED STATES OF AMERICA         )      No.:  CR 05-0375 SI
17                                   )
                                     )      STIPULATION CONTINUING
18                                   )      SENTENCING HEARING; AND
       v.                            )      [PROPOSED] ORDER
19                                   )
   DARRICK HOM,                      )
20                                   )
          Defendant.                 )
21  _____)

22                            STIPULATION

23        The parties, through undersigned counsel, STIPULATE that the sentencing hearing in the

24  above-referenced matter, set for March 20, 2009 at 11:00 a.m., may – with the Court's

25  concurrence –  be continued to April 10, 2009 at 11:00 a.m.  The reason for this continuance is to

26  accommodate Probation's schedule so that the Probation Officer has sufficient time to complete

27  the presentence interview and prepare the presentence report in this matter.

28

STIPULATION; [PROPOSED] ORDER
                                  1

Dated: February 18, 2009        JOSEPH P. RUSSONIELLO
                                       United States Attorney

/s/ Nicole M. Kim
_____
NICOLE M. KIM
Assistant United States Attorney

/s/ Rommel Bondoc
_____  _____
Dated: February 18, 2009
                                     ROMMEL BONDOC
                                     Attorney for Defendant

## [PROPOSED] ORDER

Based upon the above Stipulation, and for good cause appearing, THE COURT ORDERS THAT:

1.       The sentencing hearing in the above-referenced case is continued to Friday, April 10, 2009 at 11:00 a.m.

Dated: _____, 2009

_____
HON. SUSAN ILLSTON
United States District Judge

STIPULATION; [PROPOSED] ORDER

2